# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARY DOE, as next of friend of minor plaintiff JANE DOE, | ) ) ) ) | CASE NO. 5:25-cv-1980 |
| Plaintiff, | ) ) ) | CHIEF JUDGE SARA LIOI |
| vs. | ) ) ) | **ORDER** |
| ROBLOX CORPORATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

Before the Court is the parties' joint motion to stay all deadlines pending decision of Judicial Panel on Multidistrict Litigation on motion to transfer. (Doc. No. 5 (Motion).) Finding good cause for the request to stay all deadlines, the Court hereby **GRANTS** the motion.

It is **ORDERED** that the case is hereby **STAYED** pending disposition by the Judicial Panel on Multidistrict Litigation (JPML) on the pending motion in MDL No. 3166 to centralize this case in an MDL for pretrial proceedings.

It is **FURTHER ORDERED** that, should the JMPL deny the motion to transfer, the defendants will answer or otherwise respond to the complaint within thirty (30) days of the JPML's decision.

**IT IS SO ORDERED**.

Dated: October 10, 2025

                                                          **HONORABLE SARA LIOI**
                                                          **CHIEF JUDGE**
                                                          **UNITED STATES DISTRICT COURT**